IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Galloway, Wendall R | Case Number: 08 B 21689 |
|---|---|
| Galloway, Latrina C | Judge: Goldgar, A. Benjamin |
| Printed: 02/10/09 | Filed: 8/18/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: December 30, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 2,193.00 | |
| Secured: | | 38.68 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 2,009.59 |
| Trustee Fee: | | 144.73 |
| Other Funds: | | 0.00 |
| Totals: | 2,193.00 | 2,193.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Ledford & Wu | Administrative | 2,785.00 | 2,009.59 |
| 2. | Washington Mutual | Secured | 0.00 | 0.00 |
| 3. | GMAC Mortgage Corporation | Secured | 0.00 | 0.00 |
| 4. | Catalyst Interventions LLC | Secured | 0.00 | 0.00 |
| 5. | Rogers & Hollands Jewelers | Secured | 500.00 | 38.68 |
| 6. | GMAC Mortgage Corporation | Secured | 6,791.45 | 0.00 |
| 7. | Washington Mutual | Secured | 22,460.49 | 0.00 |
| 8. | T Mobile USA | Unsecured | 73.98 | 0.00 |
| 9. | Fingerhut | Unsecured | 45.99 | 0.00 |
| 10. | Village of Glenwood | Unsecured | 10.00 | 0.00 |
| 11. | Resurgent Capital Services | Unsecured | 63.51 | 0.00 |
| 12. | First Consumers National Bank | Unsecured | 89.65 | 0.00 |
| 13. | Rogers & Hollands Jewelers | Unsecured | 150.91 | 0.00 |
| 14. | RoundUp Funding LLC | Unsecured | 33.46 | 0.00 |
| 15. | RJM Acquisitions LLC | Unsecured | 8.74 | 0.00 |
| 16. | Nicor Gas | Unsecured | 224.78 | 0.00 |
| 17. | ECast Settlement Corp | Unsecured | 61.26 | 0.00 |
| 18. | RoundUp Funding LLC | Unsecured | 101.15 | 0.00 |
| 19. | ECast Settlement Corp | Unsecured | 67.18 | 0.00 |
| 20. | City Of Chicago Dept Of Revenue | Unsecured | 59.63 | 0.00 |
| 21. | Cook County Treasurer | Secured | | No Claim Filed |
| 22. | Certegy Payment Recovery Services Inc | Unsecured | | No Claim Filed |
| 23. | Allied Interstate | Unsecured | | No Claim Filed |
| 24. | City of Country Club Hills | Unsecured | | No Claim Filed |
| 25. | Cook County Collector | Unsecured | | No Claim Filed |
| 26. | Crossings Book Club | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Galloway, Wendall R | Case Number: 08 B 21689 |
|---|---|---|
| | Galloway, Latrina C | Judge: Goldgar, A. Benjamin |
| | Printed: 02/10/09 | Filed: 8/18/08 |

## DISBURSEMENT DETAIL

| Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|
| 27. H&F Law | Unsecured | | No Claim Filed |
| 28. Illinois State Tollway | Unsecured | | No Claim Filed |
| 29. Jessica London | Unsecured | | No Claim Filed |
| 30. HSBC | Unsecured | | No Claim Filed |
| 31. Luebke Baker & Associate | Unsecured | | No Claim Filed |
| 32. State Farm Insurance Co | Unsecured | | No Claim Filed |
| 33. Prudential Preferred | Unsecured | | No Claim Filed |
| 34. Scholastic | Unsecured | | No Claim Filed |
| 35. Tribute/Fbold | Unsecured | | No Claim Filed |
| 36. Wal Mart Stores | Unsecured | | No Claim Filed |
| 37. Salute Visa | Unsecured | | No Claim Filed |
| 38. Vengroff, Williams, & Associates | Unsecured | | No Claim Filed |
| 39. Village of Hinsdale | Unsecured | | No Claim Filed |
| 40. Will County Treasurer | Unsecured | | No Claim Filed |
| 41. TCF Bank | Unsecured | | No Claim Filed |
| | | $ 33,527.18 | $ 2,048.27 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.6% | 144.73 |
| | $ 144.73 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

*[signature]*